# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:13-00005 |
| | ) | Judge Trauger |
| ARDISS D. ARMSTRONG | ) | |

## O R D E R

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED**.

ENTER this 25th day of July 2013.

_____
ALETA A. TRAUGER
U.S. District Judge