UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:13-00005 |
| | ) | JUDGE SHARP |
| ARDISS D. ARMSTRONG | ) | |

## O R D E R

Pending before the Court is the Government's Motion to Continue Sentencing (Docket No. 38) to which the Defendant does not oppose.

The motion is GRANTED and the sentencing hearing set for April 11, 2014, is hereby continued to Friday, June 13, 2014, at 2:30 p.m.

It is so ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE